UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY S. WINHOVEN,

       Plaintiff,                            Case No. 12-12426

v.                                           Hon. John Corbett O'Meara

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

       Before the court is Magistrate Judge Laurie J. Michelson's report and recommendation, filed July 22, 2013. No objections have been filed by the parties. Having thoroughly reviewed the entire record;

       IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: August 19, 2013

       I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 19, 2013, using the ECF system.

                                            s/William Barkholz
                                            Case Manager