UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRACY S. WINHOVEN,

    Plaintiff,

                                      Case No. 12-12426

v.

                                      Hon. John Corbett O'Meara

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## ORDER GRANTING MOTION
## FOR ATTORNEY FEES

Before the court is Plaintiff's motion for attorney fees, filed July 17, 2014. Defendant did not file a response. As the prevailing party, Plaintiff seeks attorney fees in the amount of $4,899.15 pursuant to § 206(b) of the Social Security Act, 42 U.S.C. § 406(b). Finding Plaintiff's request to be both legally and factually supported, the court grants Plaintiff's motion.

IT IS HEREBY ORDERED that Plaintiff's motion for attorney fees is GRANTED and that Plaintiff is awarded attorney fees in the amount of $4,899.15.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date:  August 18, 2014

   I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 18, 2014, using the ECF system and/or ordinary mail.

                s/William Barkholz
                Case Manager